# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHEN DISTRICT OF WEST VIRGINIA
### CHARLESTON DIVISION
### CRIMINAL ACTION NO. 2:26-CR-48-KDB

**USA**

        **Plaintiff,**

  v.

**MONICA DILLON,**

        **Defendant.**



**FILED**

MAY 1 2 2026

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

## WRITTEN PLEA OF GUILTY

In the presence of Tim C. Carrico, my counsel, who has fully explained the charges contained in the Information against me, and, having received a copy of the Information from the United States Attorney before being called upon to plead, I hereby plead guilty to the Information.

Date: _5/12/2026_

_____
Counsel for the Defendant

_____
Defendant